**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed December 8, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00705-CV

_____

## IN RE CHARLES A. WATSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-B**

---

## MEMORANDUM MAJORITY OPINION

On Tuesday, December 7, 2021, relator Charles A. Watson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to vacate the trial court's order setting the case for a virtual jury trial on December 8, 2021.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Spain (Spain, J., dissenting).